**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 24-cr-00223-CKK** |
| | : | |
| **v.** | : | **18 U.S.C. § 1349** |
| | : | **(Conspiracy to Commit Wire Fraud)** |
| **JAMAREA GRANT,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## JOINT STAUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jamarea Grant, by and through his attorney Stuart Berman, hereby submit this joint status report.

1. On November 27, 2024, the defendant pleaded guilty to Count One of the Indictment in this case, charging him with Conspiracy to Commit Money, Property, and Honest Services Wire Fraud, in violation of 18 U.S.C. §§ 1349, 1343, 1346.

2. One of the provisions of the plea agreement is that Mr. Grant cooperate with the government's prosecution of his codefendant, Kirk Perry.

3. Following Mr. Grant's guilty plea, at the parties' request, rather than setting a date for a sentencing hearing, the Court ordered the parties to submit a joint status report on March 28, 2025.

4. At a status hearing held on March 5, 2025, the parties informed the Court that the government and Perry had reached a plea agreement. The change of plea hearing for Perry is scheduled for April 11, 2025.

1

5.    Because Mr. Grant is continuing to cooperate in the prosecution of Perry until such time that Perry pleads guilty and is sentenced in this case, the parties respectfully request that no sentencing date be scheduled at this time for Mr. Grant.  Instead, the parties propose submitting another joint status report in 90 days.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY

By:    _/s/ Brian P. Kelly_
BRIAN P. KELLY
Assistant United States Attorney
United States Attorney's Office
District of Columbia
D.C. Bar No. 983689
601 D Street NW
Washington, DC 20530
(202) 252-7503
Brian.Kelly3@usdoj.gov

For JAMAREA GRANT

By:    _/s/ Stuart Berman_
STUART BERMAN
Lerch, Early & Brewer, Chtd.
7600 Wisconsin Ave | Suite 700 | Bethesda, MD 20814
T 301-657-0729
saberman@lerchearly.com