UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | 24-cr-00223-CKK-1 |
| **KIRK PERRY,** : | |
|     **Defendant.** : | |
| : | |

## CONSENT MOTION TO CONTINUE HEARING

Mr. Kirk Perry, by and through counsel, respectfully moves this Court to continue his plea hearing from April 11, 2025, to April 29, 2025.

In support of this Motion, counsel states the following:

1. Mr. Perry is scheduled for a plea hearing on April 11, 2025.

2. Mr. Perry needs the assistance of a family member to travel with him from Cleveland, Ohio, to Washington, DC, and requests approximately two weeks to coordinate his travel.

3. Mr. Perry is unable to travel alone because of his medical condition and respectfully requests sufficient time to secure flights for himself and his caregiver.

4. Additionally, counsel's mother is having a medical procedure on April 11, 2025, and counsel is unavailable.

5. The parties have conferred and respectfully request that the Court reschedule Mr. Perry's plea hearing to April 29, 2025, at 4 pm.

6. Should the Court be unavailable on April 29, 2025, Mr. Perry respectfully requests that the Court schedule a plea hearing for a date in May of 2025 that is convenient for the Court and the parties.

7. The United States Attorney's Office has no objection to this request.

8. Mr. Perry agrees to toll the time between now and the next hearing pursuant to the Speedy Trial Act.

WHEREFORE, the aforementioned reasons and any that may appear to the Court, Mr. Perry respectfully requests that the Court continue his hearing to April 29, 2025.

Respectfully submitted,

_____
Brandi Harden, Esq.
Counsel for Kirk Perry
Bar No. 470-706
Harden | Law, PLLC
400 7th Street NW, Suite 604
Washington, DC 20004
202.621.8268
b@hardenlawoffices.com

## **CERTIFICATE OF SERVICE**

I certify that on this 7th day of April 2025, a copy of the foregoing motion was served via ECF on all parties of record.

_____
Brandi Harden

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | :    **24-cr-00223-CKK-1** |
| **KIRK PERRY,** | : |
|     **Defendant.** | : |

## ORDER

Upon consideration of the Consent Motion to Continue Hearing, it is this _____ day of _____ ORDERED that the Motion is GRANTED;

It is further ORDERED that the plea hearing is rescheduled to _____, 2025.

_____
COLLEN KOLLAR KOTELLY
U.S. DISTRICT COURT JUDGE